# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Puneet Sharma, et al., | ) |
| Plaintiffs, | ) **ORDER** |
| vs. | ) |
| United States Citizenship and Immigration Services, | ) Case No. 3:25-cv-095 |
| Defendant. | ) |

On September 25, 2025, Plaintiffs filed a Notice of Dismissal Pursuant to Federal Rule of Civil Procedure 41(a). (Doc. No. 40). Accordingly, the above-captioned action is **DISMISSED** in its entirety without prejudice.

**IT IS SO ORDERED.**

Dated this 29th day of September, 2025.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court